IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHEN HILL,

     Appellant,

v.                                                         Case No. 5D22-2040
                                                          LT Case No. 2018-CF-545

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Stephen Hill, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, JAY and HARRIS, JJ., concur.